# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-30494
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2016

Lyle W. Cayce
Clerk

BRADFORD WADE,

Petitioner-Appellant

v.

T.G. WERLICH, Warden, Federal Correctional Institution Pollock,

Respondent-Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:15-CV-178

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Bradford Wade, federal prisoner # 30736-034, has appealed the district court's judgment dismissing without prejudice his petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his 2009 conviction of conspiracy to distribute heroin and distribution of heroin to a person under 21 years of age. Wade contends that he should be permitted to raise a claim based on *Burrage v. United States*, 134 S. Ct. 881 (2014), under the savings clause of 28 U.S.C.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2255.  Wade has not carried his burden of showing that § 2255 is inadequate and ineffective to test the legality of his detention.  *See Garland v. Roy*, 615 F.3d 391, 394 (5th Cir. 2010).  The judgment is AFFIRMED.